AO 10
Rev. 1/2021

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Larkins, John K. | U.S. District Court, Northern District of Georgia | 07/22/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge, Full Time | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

U.S. Courthouse
75 Ted Turner Drive
Atlanta, GA 30303

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

✔ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Larkins, John K. | 07/22/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2020 | West Publishing Corporation (royalties) | $11,746.93 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | Arden Trust Company (salary) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Larkins, John K. | 07/22/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Larkins, John K.** | 07/22/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Individual Assets (H) | | | | | | | | | |
| 2.  SUNTRUST BANK, N.A. ACCOUNTS (cash) | A | Interest | K | T | | | | | |
| 3.  MCCORMICK & CO | A | Dividend | J | T | | | | | |
| 4.  Account #1 (H) | | | | | | | | | |
| 5.  MORGAN STANLEY PRIVATE BANK (cash) (X) | A | Interest | J | T | | | | | |
| 6.  VANGUARD FTSE DEVELOPED MKTS E (VEA) | A | Dividend | J | T | | | | | |
| 7.  VANGUARD LARGE CAP ETF (VV) | B | Dividend | M | T | | | | | |
| 8.  VANGUARD MID-CAP ETF INDEX (VO) | A | Dividend | K | T | | | | | |
| 9.  VANGUARD SMALL CAP ETF (VB) | A | Dividend | K | T | | | | | |
| 10.  WELLS FARGO & CO (94974BGR5) | A | Interest | | | Redeemed | 12/07/20 | J | | |
| 11.  AMERICAN INTERNATIONAL GROUP INC (026874BW6) | A | Interest | | | Redeemed | 12/15/20 | J | | |
| 12.  MORGAN STANLEY (61747WAF6) | A | Interest | J | T | | | | | |
| 13.  ANTHEM INC (94973VAX5) | A | Interest | J | T | | | | | |
| 14.  CVS HEALTH CORP (126650BZ2) | A | Interest | J | T | | | | | |
| 15.  Account #2 (H) | | | | | | | | | |
| 16.  MORGAN STANLEY PRIVATE BANK (cash) (X) | A | Interest | K | T | | | | | |
| 17.  VANGUARD FTSE DEVELOPED MKTS E (VEA) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Larkins, John K. | 07/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. VANGUARD LARGE CAP ETF (VV) | C | Dividend | M | T | | | | | |
| 19. VANGUARD MID-CAP ETF INDEX (VO) | A | Dividend | L | T | | | | | |
| 20. VANGUARD SMALL CAP ETF (VB) | A | Dividend | L | T | | | | | |
| 21. MORGAN STANLEY (6174467P8) | A | Interest | | | Redeemed | 07/24/20 | J | | |
| 22. BANK OF AMERICA CORP (06050WDV4) | A | Interest | | | Redeemed | 09/15/20 | J | | |
| 23. CITIGROUP INC (172967LC3) | A | Interest | J | T | | | | | |
| 24. JP MORGAN CHASE & CO (46625HJD3) | A | Interest | J | T | | | | | |
| 25. NEXTERA ENERGY CAPITAL HOLDINGS INC (65339KBB5) | A | Interest | | | Redeemed | 12/29/20 | J | A | |
| 26. GOLDMAN SACHS GROUP INC (38141E4W6) | A | Interest | K | T | | | | | |
| 27. CVS HEALTH CORP (126650BZ2) | A | Interest | J | T | | | | | |
| 28. DUPONT DE NEMOURS INC (26078JAB6) | A | Interest | K | T | | | | | |
| 29. Account #3 (H) | | | | | | | | | |
| 30. MORGAN STANLEY PRIVATE BANK (cash) (X) | A | Interest | K | T | | | | | |
| 31. VANGUARD INTL EQUITY INDEX FD (VEU) | A | Dividend | K | T | | | | | |
| 32. VANGUARD LARGE CAP ETF (VV) | A | Dividend | L | T | | | | | |
| 33. VANGUARD MID CAP ETF INDEX (VO) | A | Dividend | K | T | | | | | |
| 34. VANGUARD SM CAP GROWTH ETF (VBK) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Larkins, John K. | 07/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. NBC UNIVERSAL COMMUNICATIONS INC (DUE 4/1/2021) (63946BAE0) | A | Interest | | | Redeemed | 03/06/20 | J | | |
| 36. VERIZON COMMUNICATIONS INC. BOND (DUE 3/16/2022) (92343VDW1) | A | Interest | | | Redeemed | 06/29/20 | J | A | |
| 37. LINCOLN NATIONAL CORP. BOND (DUE 9/1/2023) (534187BD0) | A | Interest | J | T | | | | | |
| 38. Account #4 (H) | | | | | | | | | |
| 39. VANGUARD LARGE CAP ETF (VV) | A | Dividend | L | T | | | | | |
| 40. VANGUARD TTL STOCK MARKET ETF (VTI) | B | Dividend | M | T | | | | | |
| 41. Account #5 (H) | | | | | | | | | |
| 42. flexPATH Index Mod 2045 Fd Cl I1 (X) | | None | J | T | | | | | |
| 43. JHancock Disciplined Value R6 (JDVWX) | | None | K | T | | | | | |
| 44. MainStay Large Cap Growth R6 (MLRSX) | | None | K | T | | | | | |
| 45. DFA US Targeted Value I (DFFVX) | | None | | | Sold | 01/03/20 | J | | |
| 46. Wells Fargo Special Small Cap Value (ESPNX) | | None | J | T | Buy | 01/03/20 | J | | |
| 47. Ishares MSCI Total Intl Idx K (BDOKX) | | None | J | T | | | | | |
| 48. American Funds Europacific Growth R (RERGX) | | None | J | T | | | | | |
| 49. Ishares US Aggregate Bond Index (WFBIX) | | None | J | T | | | | | |
| 50. DoubleLine Core Fixed Income (DBLFX) | | None | J | T | | | | | |
| 51. Account #6 (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Larkins, John K.** | 07/22/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.   TIAA-CREF Managed Allocation 5-8 | | None | | | Sold | 03/20/20 | K | | |
| 53.   TIAA-CREF Managed Allocation 9-10 | | None | K | T | Buy | 03/20/20 | K | | |
| 54.   Account #7 (H) | | | | | | | | | |
| 55.   TIAA-CREF Managed Allocation 9-10 | | None | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Larkins, John K.** | 07/22/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

Parenthetical numbers in Part VII are CUSIP numbers.

Account #5 is employer sponsored and managed by Kestra. Specific transaction data is not provided or otherwise available to the plan participant. Transactions are identified in this report to the best of the filer's information and belief.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John K. Larkins**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544